IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TOMMY D. HALL,
ADC #105963                                                         PETITIONER

v.                         5:13-cv-340-DPM-BD

RAY HOBBS, Director, ADC                                            RESPONDENT

ORDER

The Court has considered Magistrate Judge Beth Deere's recommended disposition, № 9, and Hall's objections, № 11. After reviewing *de novo*, the Court adopts Judge Deere's recommendation. FED. R. CIV. P. 72(b)(3). *McQuiggin v. Perkins*, 133 S. Ct. 1924 (2013), is not directly in point: Hall must get permission from the Court of Appeals to file any successive petition. Motion to dismiss, № 6, granted. Motion for discovery and hearing, № 10, denied as moot. Hall's petition for writ of habeas corpus is dismissed without prejudice. A certificate of appealability will not issue because Hall has not made a substantial showing of the violation of any right. 28 U.S.C. § 2253(c).

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

19 December 2013