IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TOMMY D. HALL,
ADC #105963                                                              PETITIONER

v.                              5:13-cv-340-DPM

RAY HOBBS, Director, ADC                                     RESPONDENT

## JUDGMENT

Hall's petition for writ of habeas corpus is dismissed without prejudice.

D.P. Marshall Jr.
United States District Judge

19 December 2013